IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**RAFAEL GOMEZ FLORES,**<br><br>*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00024-TES-CHW-9** |

**ORDER CONTINUING TRIAL IN THE INTEREST OF JUSTICE**

Before the Court is Defendant Rafael Gomez Flores' Motion for Continuance [Doc. 222]. The Court granted this Motion during the Pretrial Conference on June 4, 2025, and now memorializes its ruling. *See* [Doc. 229].

On September 11, 2024, the Grand Jury returned a six-count Superseding Indictment [Doc. 9] charging Defendant and eleven co-defendants with various offenses related to an alleged conspiracy to possess and distribute illegal narcotics. Defendant was arrested on October 3, 2024, pled not guilty at his arraignment the next day, and remains detained pending trial. [Doc. 76]; [Doc. 89]. Defendant filed this Motion for Continuance on June 2, 2025, and the Court deferred ruling on it until the Pretrial Conference on June 4, 2025. [Doc. 222]; [Doc. 223].

In support of his Motion, Defendant explains that he retained counsel—Mr. Douglas Weinstein—on May 14, 2025, and Mr. Weinstein has not yet received

discovery, preventing him from effectively preparing for trial. [*Id.* at p. 1]. The Government does not oppose this continuance. [*Id.*].

The Court finds that granting Defendant's request serves the ends of justice. *See* 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by continuing this case outweigh the interests of Defendant and the public in a speedy trial. *See id.* Failure to grant the requested continuance would deny Defendant's counsel "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." *Id.* at § 3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** Defendant's Motion [Doc. 222] and **CONTINUES** the trial of this matter until **September 22, 2025**. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv).

**SO ORDERED**, this 6th day of June, 2025.

                                                  S/ Tilman E. Self, III_____
                                                  **TILMAN E. SELF, III, JUDGE**
                                                  **UNITED STATES DISTRICT COURT**